```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

UNITED STEEL WORKERS OF           )
AMERICA, LOCAL UNION 9426;        )
TINA BEARD; TINA LOWE; and        )
ANTHONY BROOKS,                   )
                                  )
          Plaintiff               )
                                  )      No. 3:12-0120
v.                                )      Judge Nixon/Brown
                                  )      **Jury Demand**
METROPOLITAN GOVERNMENT           )
OF NASHVILLE AND DAVIDSON         )
COUNTY, TENNESSEE,                )
                                  )
          Defendant               )

### O R D E R

A telephone conference was held with the parties on September 17, 2013, in this matter concerning the need for a scheduling order and a trial date. Liability has been determined. What remains is a jury trial on damages and possible injunctive relief through the Court.

The parties have held off on discovery pending efforts to settle the case. Unfortunately, those efforts did not bear fruit. The following scheduling order is entered: Fact discovery shall be complete by **January 31, 2014**. The side bearing the burden of proof on any issue shall make their Rule 26 expert disclosures by **February 28, 2014**. Opposing experts will be designated by **March 28, 2014**, and all expert discovery will close by **May 23, 2014**.

After consulting with Judge Nixon's courtroom deputy this matter is set for a trial before Judge Nixon on **August 5, 2014**. Judge Nixon will conduct the final pretrial conference on **July 25,**

**2014, at 10:00 a.m.** Judge Nixon will issue a separate order concerning his requirements for the final pretrial conference and trial at a later date.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge